CITY OF HARTFORD *v.* STANLEY V. TUCKER ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 633, is denied.

*Stanley V. Tucker,* pro se, in support of the petition.

*Michael G. Durham, James F. Kane* and *Frederick D. Augenstern,* in opposition.

Decided January 30, 1986

LEONARD J. ROY, ADMINISTRATOR (ESTATE OF DENISE ROY) *v.* JAMES J. MICHAUD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 695, is denied.

*Herbert Watstein,* in support of the petition.

*Philip J. O'Connor,* in opposition.

Decided January 30. 1986